THE PEOPLE, ETC., v. EMMA KING, Principal, JACOB KLUGER, Surety.

*Burritt S. Stone,* for surety.

*De Lancey Nicoll,* for the People, etc.

MOTION to vacate judgment entered on a forfeited recognizance. Motion granted.